Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

ORLANDO Division

| | |
|---|---|
| Jana D LaBonte<br>2741 Night Hawk Ct<br>Longwood, Fl<br>32779<br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>Advent Health<br>800 Hope Way<br>Altamonte Springs, Fl<br>32714<br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 6:22-cv-579-PGB-EJK<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☑ No |

FILED 2022 MAR 21 PM 3:10

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jana D LaBonte |
   | Street Address | 2741 Night Hawk Ct |
   | City and County | Longwood  Seminole |
   | State and Zip Code | Fl 32779 |
   | Telephone Number | (918)617-5101 |
   | E-mail Address | janalabonte2824@gmail.com |

  B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Advent Health |
| Job or Title *(if known)* | Scheduler |
| Street Address | 800 Hope Way |
| City and County | Altamonte Springs Seminole |
| State and Zip Code | Fl 32714 |
| Telephone Number | (407) 357-1000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Advent Health |
| Street Address | 600 Courtland St |
| City and County | Orlando Orange |
| State and Zip Code | Fl 32804 |
| Telephone Number | (407) 612-7165 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

Date of Loss

Expense Lists

Re-Training School , Books , Rent , and all housing costs $1,000,000.00

Medication from the year of 2022  $459.00

Physicians    2022 - Including deductibles , Physicians costs & Travel costs $4596.00

Moving due to loss of job $ 5200.00

Job Loss Explanation @ 20.00 an hour X 40hours a week is $800.00

 Monthly Rent $1200.00

Utilities $ 640.00

Food $ 600.00

Auto Insurance $ 200.00

Permanent Emotional Scaring and Distress Compensation $1,000,000.00

Having to relocate to Oklahoma due to loss of job

Jana D LaBonte

2741 Night Hawk Ct

Longwood , Fl

32779

United States District Court

Middle District of Florida

George C Young Annex Courthouse

401 West Central Blvd

Orlando , Fl

32801

From 02/15-03/07/22 I trained under a supervisor by the name of

Dominique Frailoi at the location of 600 Courtland St in Orlando Fl.

Dominique had singled me out from the beggining with emotional abuse after being candid about my disability Epilepsy . I am making a complaint of descrimination of 1,000,000.00 .

Thank You

Jana LaBonte

2741 Night Hawk Ct

Longwood ,Fl

32779

janalabonte2824@gmail.com

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [✔] Termination of my employment.
- [ ] Failure to promote me.
- [✔] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
2/15-3/7/22

C. I believe that defendant(s) *(check one)*:
- [✔] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- [ ] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age *(year of birth)* _____ (only when asserting a claim of age discrimination.)
- [✔] disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

Page 4 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

IV. **Exhaustion of Federal Administrative Remedies**

    A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

    B.    The Equal Employment Opportunity Commission *(check one)*:

        [✔] has not issued a Notice of Right to Sue letter.

        [ ] issued a Notice of Right to Sue letter, which I received on *(date)* _____.

    *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C.    Only litigants alleging age discrimination must answer this question.

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        [ ] 60 days or more have elapsed.

        [✔] less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/17/2022

Signature of Plaintiff: Jana D LaBonte
Printed Name of Plaintiff: Jana D LaBonte

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

    c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession, or other forms of self employment: $ _____

Rent payments, interest, or dividends: $ _____

Pensions, annuities, or life insurance payments: $ _____

Gifts or inheritances: $ _____

Stocks, bonds, or notes: $ _____

Other sources: $ _____

3. Obligations:

a. Monthly rental on house or apartment: $ 1200.00

b. Monthly mortgage payments on house: $ _____

4. Other information pertinent to affiant's financial debts and obligations:

Credit One     1500.00     262.00
(Creditor)     (Total Debt)     (Monthly Payment)

Premeir Credit Card     759.00     100.00
(Creditor)     (Total Debt)     (Monthly Payment)

Bank of Eufaula     2000.00     312.00
(Creditor)     (Total Debt)     (Monthly Payment)

Other (explain): Living on Credit cards for now

VII. **FOR PRISONER AFFIANTS ONLY:**

1. Date(s) of incarceration: _____

2. Estimated release or parole date: _____

3. A copy of the prisoner's account statement containing all transactions in affiant's prisoner account **for the six (6) months immediately preceding the filing of the Complaint or Petition must accompany this Affidavit.** The account statement must be obtained from an authorized official of each prison at which the prisoner is or was confined during this period of time. The account statement must be in the form of a computer printout or bank ledger card prepared by the institution or an account statement prepared by an authorized officer of the

institution. **Failure to provide this account statement may result in the dismissal of this action.**

The requirement to submit the account statement does not negate the prisoner affiant's responsibility to ensure that the **Affidavit Certificate** found on page 6 of this Affidavit of Indigency is also properly executed and filed.

VIII. **ALL AFFIANTS MUST READ AND SIGN:**

**I UNDERSTAND** that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. **FURTHER, I CERTIFY** that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_Jana D LaBonte_
Signature of Affiant

STATE OF FLORIDA
COUNTY OF __Seminole__

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS __17__ DAY OF __march__, 20__22__, BY __Jana Dawn Labonte__
(Insert Name of Person Acknowledged)

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED _____
__Oklahoma DL__, AS IDENTIFICATION AND WHO (DID) (DID NOT)
(State Type of Identification)

TAKE AN OATH.

_Kristy Anderson_
NOTARY PUBLIC

KRISTY ANDERSON
Notary Public - State of Florida
Commission # GG 350950
My Comm. Expires Jul 1, 2023

MY COMMISSION EXPIRES:

Jana D LaBonte

P.O.BOX 576

Eufaula , OK

74432

janalabonte2824@gmail.com

(918)617-5101


United States District Court

Middle District of Florida

George C. Young Annex Courthouse

401 West Central Boulevard

Orlando, Florida 32801


Dear United States District Court ,

I am entering in my former address as :

2741 Night Hawk Ct

Longwood Fl 32779

I am entering in my new address as:

P.O. BOX 576

Eufaula , Ok. 74432

Thank You

Jana LaBonte