Jana J LaDune
P.O. Box 576
Eufaula, OK
74432

Attn
Clerks office

George C. Young Federal
Annex Courthouse
401 West Central Blvd
Orlando, Fl
32801

RETURN RECEIPT REQUESTED

7021 1970 0002 0813 8269



U.S. POSTAGE PAID
FCM LG ENV
LONGWOOD, FL
32779
MAR 17, 22
AMOUNT
$8.36
R2304E105805-10