**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JANA D. LABONTE,**

               **Plaintiff,**

v.                                        **Case No: 6:22-cv-579-PGB-EJK**

**ADVENT HEALTH,**

               **Defendant.**

_____/

## ORDER DIRECTING COMPLIANCE

This case is before the Court upon periodic review. On March 21, 2022, Plaintiff filed a complaint (Doc. 1) but failed to pay the filing fee or submit documents to proceed without payment. The plaintiff is hereby **ORDERED** to file a written response within fourteen (14) days from the date of this Order why this case should not be dismissed, pursuant to Local Rule 3.10(a), for lack of prosecution for failure to pay the filing fee in full or file the appropriate paperwork to seek leave of Court to proceed without paying the filing fee. Failure to respond may result in dismissal of this action without further notice from the Court.

**DONE AND ORDERED** in Orlando, Florida on April 4, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Parties