JANA LABONTE

P.O.BOX 576

EUFAULA, OK

74432

janalabonte2824@gmail.com

(918)617-5101

At this time we are staying with a family member so I can get my mental health while seeing a phychiatrist and my primary care. The emotional abuse I was given during being employed at Advent Health in Orlando , Fl. I am currently working with a head hunter to choose a remote position so , I dont repeat the same issue twice . I am a great call center employee as well as a team lead.  The only change I see coming down the pike is training for a call center position that I will on site training for 6 weeks and then will be sent home to work remotely as long as I want.

*Thank You*

*Jana LaBonte*