FILED

US DISTRICT COURT MIDDLE OF FLORIDA

ORLANDO , FL

2022 APR 22  PM 3: 31

32801

DISTRICT COURT
E DISTRICT OF FLORIDA
ORLANDO, FLORIDA

This letter is regarding the case

Jana LaBonte vs Advent Health

6:22-cv-579-PGB-EJK

I am enclosing $505.00 for the filing fees to move forward with the case .

Thank You So Much

Jana LaBonte

P.O.BOX 576

Eufaula , Ok

74432

(918)617-5101

janalabonte2824@gmail.com

Please see above address where I had to reloacate to since losing my job @ AdVent Health.

1