# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**JANA D. LABONTE,**

        **Plaintiff,**

v.                                           **Case No: 6:22-cv-579-PGB-EJK**

**ADVENT HEALTH,**

        **Defendant.**

_____/

## ORDER

This case is before the Court upon review of the file. On April 4, 2022, the Court entered an Order Directing Compliance (Doc. 2) for Plaintiff's failure to pay the filing fee in full or file the appropriate paperwork to seek leave of Court to proceed without paying the filing fee. The Court directed Plaintiff to file a response to the Order and warned that failure to comply may result in dismissal of the case without further notice. Plaintiff has failed to respond, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 10, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Parties